# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff, | : | Case Nos. 3:12PO62 and 3:12CR93 |
| -vs- | : | Magistrate Judge Michael J. Newman |
| JUSTIN FANTY, | : | |
| Defendant. | : | |

## ORDER REVOKING PROBATION/ SENTENCING ENTRY

Defendant appeared before the Court on March 18, 2013 pursuant to an Arrest Warrant issued commanding Defendant to appear to determine why his probation should not be revoked as set forth in the Petition (Doc. #15) filed on February 7, 2013 and the Amended Petition (Doc. #17) filed March 1, 2013.

Defendant appeared with counsel and after being advised of his constitutional rights, admitted violating all four of the probation violations set forth in the Amended Petition. Accordingly, the Court found that Defendant violated the terms and conditions of probation, and Defendant's probation is ordered revoked.

Without objection by Defendant, the Court proceeded to sentencing. Defendant is sentenced to a term of 30 days jail time. Defendant's 30 days began upon the expiration of his state incarceration, on March 12, 2013. Defendant's right of appeal explained and understood.

March 20, 2013

                                                                                             s/Michael J. Newman
                                                                                               Michael J. Newman
                                                                  United States Magistrate Judge